**Order entered December 27, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00181-CR

**PAULO ROGERIO OSTOLIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-82478-2017**

## ORDER

Before the Court is appellant's December 16, 2019 third motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief received on December 20, 2019 filed as of the date of this order.

/s/     BILL PEDERSEN, III
         JUSTICE